■ GABRIEL J. FERBER et al., Respondents, v PATRICIA B. GREENKY, et al., Appellants.—Order and judgment unanimously affirmed with costs for reasons stated at Erie County Court, Drury, J. (Appeal from order and judgment of Erie County Court, Drury, J.—specific performance.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ In the Matter of PETER E. NOVICK, an Attorney.—A certified copy of a judgment of conviction of Peter E. Novick, an attorney, in the United States District Court for the District of Columbia upon his plea of guilty to violation of 18 USC § 1010 having been presented to this court, he is disbarred and his name is stricken from the roll of attorneys. Present—Dillon, P. J., Callahan, Denman, Boomer and Green, JJ. (Order entered Sept. 25, 1989.) *[See,* 155 AD2d 22.]

■ KARA SMEDLEY, Respondent, v DAVID SMEDLEY, Appellant.—Motion for poor person relief denied. Memorandum: The appeal has been abandoned and dismissed *(see,* 22 NYCRR 1000.3 [b] [2]). Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ CITY OF SYRACUSE, Petitioner, v RICHARD C. SURLES et al., Respondents.—Motion to vacate temporary restraining order denied. Memorandum: Because the proceedings have been transferred to the Appellate Division, Supreme Court had no jurisdiction to grant the order *(see,* CPLR 7804 [g]; *Matter of Quinn v Werner,* 96 AD2d 1079; *Matter of Desimone v New York State Liq. Auth.,* 12 AD2d 998). Present—Callahan, J. P., Denman, Boomer, Green and Lawton, JJ.

■ LARRY D. FRANK, Appellant, v RICHARD J. ARCARA, Respondent.—Motion for poor person relief denied. Memorandum: Appellant has failed to state sufficient facts so that the merits of his contentions can be ascertained *(see,* CPLR 1101 [a]). Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ. (Order entered Sept. 26, 1989.)